UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cr-00160-SNLJ |
| | ) | |
| DAVID McKNIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This matter is before the Court on the defendant's Motion to Continue Sentencing

Hearing [Doc. 54].  The motion is **GRANTED**, and this matter is reset for Sentencing

Hearing on **Tuesday, April 28, 2026, at 11:20 a.m.** in Courtroom 4B.

Dated this 5th day of March, 2026.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE